■ CGU INSURANCE COMPANY, Appellant, v JOHN T. NOTH-NAGLE, INC., Doing Business as NOTHNAGLE REALTORS, Respondent. (Appeal No. 1.) [801 NYS2d 175]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered July 6, 2004. The order granted defendant's motion in part and dismissed the action for noncompliance with a previous discovery order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Pine and Hayes, JJ.

■ DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., Respondent, v CONTOUR ERECTION & SIDING SYSTEMS, INC., Appellant. [801 NYS2d 175]—Appeal from a decision of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered May 21, 2004. The decision, inter alia, awarded attorney's fees and costs to plaintiff.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Kuhn v Kuhn, 129 AD2d 967 [1987]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Pine and Hayes, JJ.